UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         CASE NO. 6:98-cr-241-Orl-19

STEPHEN ANTHONY BUSH,

    Defendant.

_____

**ORDER**

Defendant's Request for A Certificate of Appealability (Doc. No. 165, filed February 13, 2006) is **DENIED**. Defendant has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _17th____ day of May, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/17
Counsel of Record
Stephen Anthony Bush